IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
DESHAUN WESTON, TERRENCE BACHU, and :
GREGORY CAMPBELL, on behalf of themselves and all : Case No. 17-cv-00141-CBA-CLP
others similarly situated, :
:
                                     Plaintiffs, :
        - against - :
:
:
TECHSOL, LLC, F/K/A TECHNOLOGY SOLUTIONS, :
INC. , :
:
:
                                  Defendant. X
------------------------------------------------------------------------

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF
THE SETTLEMENT AGREEMENT**

      Plaintiffs Deshaun Weston, Terrence Bachu and Gregory Campbell, through counsel, hereby move this Court for approval of the Settlement Agreement reached by the Parties in this case. As set out in the supporting Memorandum of Law and Declarations submitted with this Motion, the Settlement Agreement is fair and reasonable, and should be approved by this Court. Accordingly, Plaintiffs respectfully request that the Court issue an Order: 1) certifying the Settlement Collective (as defined in the Settlement Agreement attached as Exhibit 1) for settlement purposes only; 2) approving attorneys' fees in the amount of one-third of the Gross Settlement Amount (*i.e.*, $187,333.33) and costs and expenses up to $18,500.00; 3) approving the proposed Notice and Claim Form and authorizing distribution of the Notice and Claim Form to the Settlement Collective; and 4) granting approval of the Settlement Agreement and dismissing this case with prejudice in accordance with the terms of the Settlement Agreement. Defendant consents to this Motion and all relief requested.

Dated:  March 5, 2018 	Respectfully submitted,

<div style="margin-left:40%">

/s/ Olena Savytska
Harold Lichten*
Olena Savytska*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: hlichten@llrlaw.com
    osavytska@llrlaw.com

Shanon J. Carson*
Sarah R. Schalman-Bergen*
Alexandra K. Piazza*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: scarson@bm.net
    sschalman-bergen@bm.net
    apiazza@bm.net

Troy L. Kessler
Saranicole A. Duaban
SHULMAN KESSLER LLP
534 Broadhollow Road, Suite 275
Melville, NY 11747
(631) 499-9100
Email: tkessler@shulmankessler.com
    sduaban@shulmankessler.com

*Pro Hac Vice*

*Attorneys for Plaintiffs*

</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 5th day of March, 2018.

/s/  Olena Savytska